04-0129C

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

THE UNITED ILLUMINATING COMPANY

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Shaun S. Sullivan

Firm Name: Wiggin and Dana LLP

Post Office Box: P.O. Box 1832

Street Address: One Century Tower

City-State-Zip: New Haven, CT 06508-1832

Telephone & Facsimile Numbers: (203)498-4315 -- (203)782-2889

E-mail address: ssullivan@wiggin.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: ~~5 1 2~~ 134

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O E

**See attached Sheet for three digit code.**

Amount Claimed: $ TO BE DETERMINED

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003