FILED
JAN 30 2004
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE UNITED ILLUMINATING COMPANY)
Plaintiff, )
)
v. )
)
UNITED STATES OF AMERICA, )
)
Defendant, )
)

No. 04-0129C

**THE UNITED ILLUMINATING COMPANY CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, The United Illuminating Company ("UI"), through its undersigned counsel respectfully submits the following corporate disclosure statement:

Plaintiff UI is a specially chartered Connecticut corporation under the jurisdiction of the Federal Energy Regulatory Commission ("FERC") and the (Connecticut) Department of Public Utility Control ("DPUC") with respect to certain of its assets. UI is a Connecticut corporation and is a subsidiary of UIL Holdings, a Connecticut corporation.

Dated: January 29, 2004

Respectfully submitted,

Shaun S. Sullivan
Jonathan M. Freiman
Wiggin and Dana LLP
P.O. Box 1832
One Century Tower
New Haven, CT 06508-1832
Tel: 203-498-4400
Fax: 203-782-2889

*Counsel of Record for Plaintiff*
*The United Illuminating Company*

\14879\4\447579.1