IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE UNITED ILLUMINATING COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0129C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of time of forty-five (45) days, to and including May 14, 2004, within which to file its response to plaintiff's complaint in this case. Defendant's response to that complaint currently is due on March 30, 2004. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff, Mr. Jonathan Freiman, has represented that plaintiff takes no position on this motion.

This case is one of 66 cases currently pending before this Court that involves an alleged breach of the "Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste" ("Standard Contract") published at 10 C.F.R. §961.11. However, unlike most of those cases, the plaintiff in this particular case is not a Standard Contract holder. Instead, the plaintiff in this action is a former minority interest holder in an owner or former owner of a nuclear power reactor that was a party to the Standard Contract. The plaintiff here has submitted a complaint for recovery of just compensation under the Fifth Amendment of the United States Constitution, based upon the alleged diminution in value of its ownership interest. Accordingly,

the complaint in this case presents additional legal issues different in kind than those presented in many other Standard Contract cases.

Defendant is actively attempting to develop an appropriate response to the plaintiff's complaint in this case. However, between March 1 and March 16, 2004, counsel for defendant and several of the attorneys working with him on these cases were in trial in Indiana Michigan Power Co. v. United States, No. 98-486C (Fed. Cl.), and were unable to work upon the legal issues presented in this case during that time and during their pre-trial preparation. Further, there have been several status conferences during the month of March, 2004 in various Standard Contract cases. Because of anticipated work in the Standard Contract cases, we anticipate that we will not be in a position to respond to the complaint in this case until May 14, 2004.

For the foregoing reasons, we respectfully request that the Court grant our motion for an enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

March 30, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2004, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John C. Ekman