ORIGINAL

FILED
MAY 1 1 2004
U.S. COURT OF FEDERAL CLAIMS

by leave of the Judge

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE UNITED ILLUMINATING COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant, | ) | No. 04-0129C<br>Judge Lawrence J. Block |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)

To the Clerk:

Pursuant to Fed.R.Civ.P. 41(a)(1), plaintiff hereby voluntarily dismisses this action against defendant with prejudice.

Date: April 30, 2004

Shaun S. Sullivan
Jonathan M. Freiman
Wiggin and Dana LLP
P.O. Box 1832
One Century Tower
New Haven, CT 06508-1832
Tel: 203-498-4400
Fax: 203-782-2889

*Counsel of Record for Plaintiff*
*The United Illuminating Company*

May 11 2004 - Complaint dismissed pursuant to Rule 41(a)(1)(i) this day.

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 30th day of April 2004, the foregoing Notice of Voluntary Dismissal was served by U. S. Mail (First-Class, postage prepaid) to:

John Clifford Ekman, Esq.
United States Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001
(202) 353-0897

Shaun S. Sullivan

\10705\1297\462390.1

**UNITED STATES COURT OF FEDERAL CLAIMS** Docket No. 4-129

**MEMORANDUM**

TO: JUDGE Block
FROM: CLERK'S OFFICE

The attached was received on 5/3/04
and the following defect(s) is/are noted:

1. ___ Untimely, due to be filed by ___ [Rule 7.1]

2. X Proof of service: [Rule 5.1] shows service at incorrect address
___ is missing; ___ is not signed and/or dated;
___ shows service on wrong attorney or of wrong item;
___ is not attached to each document or copy

3. ___ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ___ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ___ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ___ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief <u>and</u> in front of the appendix |
| ___ | 5.2(b) | Re: length of briefs or memorandum |
| ___ | 5.3(c) | Re: binding |
| ___ | 5.3(d) | Re: original/copies missing |
| ___ | 5.3(g) | Re: Judge's name on all filings |
| ___ | 24(c) | Re: motion to be accompanied by a pleading |
| ___ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ___ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ___ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ___ | 77.1(a) | Re: improper use of the night box |
| ___ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ___ | ___ | Re: ___ |

5. ___ Original affidavit(s)/declaration(s) is/are missing
6. ___ No provision in the Rules for the filing of this item
7. X This is an ECF case

___
Deputy Clerk

To: **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

X Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***
(Note - This is a separately written order)

____ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

____ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

____ Returned to party for correction of defect(s).

Lawrence J Block
Signature

10 May 04 MAY 11 2004
Date